**Lionel A. COOK and Peggy L. Cook, Respondents,**

v.

**John P. ARNOT, M.D., and St. Louis Clayton Orthopedic Group, Inc., Appellants.**

**No. 60330.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 14, 1992.

Anthony Raymond Behr, Marlene E. Ernst, Clayton, for appellants.

Dale F. Myers, St. Louis, for respondents.

ORDER

PER CURIAM.

Defendant Doctor appeals a jury verdict for Plaintiff in the amount of $100,000 in a suit for personal injuries resulting from Doctor's medical treatment. We affirm. The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).